UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

             Plaintiff,

-against-

Isabel Lopez,

             Defendant.

---

7:17-MJ-6879(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on December 28, 2017 accepted the defendant's plea of guilty to the charge of Disorderly Conduct, in violation of the provisions of section 240.20 of the Penal Law of the State of New York, in full satisfaction of the Misdemeanor Complaint filed on September 15, 2017, it is,

ORDERED, ADJUDGED AND DECREED that the defendant Isabel Lopez is sentenced to

    (1) A conditional Discharge for a term of six (6) months on the conditions that:

        (a) The defendant pays restitution in the amount of $140.00; and

    (2) A fine of $50.00 with time to pay White Plains by February 26, 2017 or she is to appear February 27, 2017 in U.S. District court.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge